UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   KAREN M. BURKS<br><br>                       Debtor | CASE NO: 08-30987<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019154**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 47 | DEUTSCHE BANK NATIONAL TRUST C<br>AMERICAN HOME MORTGAGE SVCING<br>BOX 631730<br>IRVING, TX  75063 | 71.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/8/2010

Certificate of Service                    08-30987

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KAREN M. BURKS
926 TAMMY CIRCLE
DAYTON, OH  45415

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(34.1n)
ALICE WHITTEN
AMERICREDIT
BOX 183853
ARLINGTON, TX  76096

(47.3)
AMERICAN HOME MORTGAGE
ATTN GABRIELLE JOHNSON
4600 REGENT BLVD
SUITE 200
IRVING, TX  75063

(36.1n)
AMERICREDIT FINANCIAL SERVICES
BOX 183853
ARLINGTON, TX  76096

(37.1n)
BUCHALTER NEMER
ATTN RESIDENTIAL BANKRUPTCY GR
18400 VON KARMAN AVE SUITE 800
IRVINE, CA  92612

(46.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(47.1)
DEUTSCHE BANK NATIONAL TRUST C
AMERICAN HOME MORTGAGE SVCING
BOX 631730
IRVING, TX  75063

(40.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    sv